IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
JUN 21 2017
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 5:17-cr-7 DCB-LRA

DERRIOUS EMANDRICK DILLON   18 U.S.C. § 1028A(1)
   18 U.S.C. § 1001
   18 U.S.C. § 1519

**The Grand Jury Charges:**

COUNT 1

That from sometime beginning in 2014 and continuing through September 23, 2016, in Pike, Forest, and Hinds Counties in the Western, Eastern, and Northern Divisions, in the Southern District of Mississippi, and elsewhere, the defendant, **DERRIOUS EMANDRICK DILLON**, did knowingly possess and use, without lawful authority, a means of identification of another person during and in relation to a felony enumerated in 18 U.S.C. § 1028A(c), to wit: makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry by using the name and testing identification of another in violation of 18 U.S.C. §1001, knowing that the means of identification belonged to another actual person in violation of Title 18, United States Code, Section 1028A(1).

COUNT 2

On or about September 16, 2016, in Pike County in the Western Division of the Southern District of Mississippi, and elsewhere, the defendant, **DERRIOUS EMANDRICK DILLON**, in a matter within the jurisdiction of the United States Department of Transportation, an agency of the United States, did knowingly and willfully make a false and fraudulent material statement and

representation, that is, that defendant falsely stated and represented on a Commercial Driver's License skills test score sheet, dated September 16, 2016, that K.M. had successfully passed a driver skill test, when in fact, the defendant well knew that K.M. had not been administered or successfully passed the driver skill test, in violation of Section 1001, Title 18, United States Code.

### COUNT 3

That from sometime beginning in 2014, continuing through September 23, 2016, in Pike, Forest, and Hinds Counties in the Western, Eastern, and Northern Divisions, in the Southern District of Mississippi, and elsewhere, the defendant, **DERRIOUS EMANDRICK DILLON**, did knowing falsify documents to wit: Commercial Driver's License road skills tests with the intent to impede, obstruct, and influence the investigation or proper administration or any matter within the jurisdiction of the United States Department of Transportation an agency of the United States, in violation of Section 1519, Title 18, United States Code.

HAROLD BRITTAIN
Acting United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 21st day of June, 2017.

UNITED STATES MAGISTRATE JUDGE